# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          PLAINTIFF,

    vs.

SAMUEL RAMIREZ BRAVO,

          Defendant.

_____/

CASE NO. 1:10CR00222 LJO

**ORDER: DENYING MOTION TO DISMISS;
VACATING HEARING DATE;
NOTICING TRIAL SETTING CONFERENCE**

      The Court has conducted its own research on the issue of whether or not a dismissal of an indictment is a remedy for a violation of 18 U.S.C. section 3161(j)(1), the Speedy Trial Act.  The Court finds ample authority that stands for the proposition that such a violation is not an available remedy, and no authority standing for the proposition that it is.  (USA v Valentine 783 F.2d 1413, 1415 (9th Cir.); USA v Lehman 756 F.2d 725, 727 (9th Cir.)).  The motion is denied.

      There is no need, therefore for an evidentiary hearing, and therefore the hearing on October 5, 2012 to discuss the setting of such hearing is vacated.

      The Court sets a Trial Setting Conference for Tuesday, October 9, 2012 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   September 14, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE